United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YESSENIA VILLARROEL ROMERO, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01012 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order granting habeas relief (Doc. #13) and having considered the Advisory filed by Respondents (Doc. #14), the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUN 0 1 2026

Date

The Honorable Alfred H. Bennett
United States District Judge